

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

MEMO ENDORSED 416-8648

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

June 10, 2008

BY HAND:

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 525
New York, New York 10007

SO ORDERED:   DATE: 6/11/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Re: Baez v. N.Y. State Office of Temporary and Disability Assistance, 08 Civ. 0907 (SHS)

Dear Magistrate Judge Freeman:

I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, and I write on behalf of defendant, the New York State Office of Temporary and Disability Assistance, in the above referenced matter. While the plaintiff has served the New York State Attorney General's Office with an amended summons and complaint, she has not properly served the defendant. Thus, service has not yet been perfected.

Nevertheless in order to protect the defendant's time to answer or otherwise move, I write to request an extension of defendant's time to answer or otherwise move from June 11, 2008, until July 9, 2008. This request is my first request for an extension of time. An extension of time is necessary to allow this Office to ascertain if and when the defendant has been served with the amended summons and complaint and, if so, to allow defendant in consultation with this Office to investigate the facts alleged in the amended complaint, obtain the necessary documents, and prepare an appropriate response. I have been

Honorable Debra Freeman
June 10, 2008
Page 2 of 2

unable to contact the plaintiff, who is representing herself in this matter, to obtain her position on whether she would consent to this extension of time.

    Respectfully submitted,

    *[signature: William H. Bristow III]*

    William H. Bristow III (WB-1521)
    Assistant Attorney General


cc:    Sarah Baez, Plaintiff Pro Se (by U.S. mail)