Sarah Báez
Church Street Station
P.O. Box 3254
New York, New York 10008



July 18, 2008

Honorable Debra Freeman
United States District Court
Southern District of New York
United States Court House
40 Centre Street
New York, New York 10007

MEMO ENDORSED

Re: Báez v. New York State Office of Temporary and Disability Assistance, Division of
Disability Determinations 08 Civ. 0907 (SHS)

Dear Magistrate Judge Freeman:

I have the defendant's motion to dismiss my complaint. I am writing to request 30 days
to retain legal counsel for my complaint against the defendant. Thank you for your
consideration.

Respectfully,

Sarah Báez

CC: William Brixton AAG

*Plaintiff's time to respond to the
Motion to Dismiss is extended to
August 29, 2008. Papers on the motion
should be directed to Judge Stein. (if
plaintiff is still proceeding pro se, then
her papers should be filed with the
Court's Pro Se Office, and that office
will then direct them to Judge Stein.)
   This Court will hold an initial
conference on August 14, 2008 at 10:00 a.m.
in courtroom 17A.*

SO ORDERED:    DATE: 7/25/08

.......................
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sarah Báez

_pro-se_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

08 Civ 0907 SHS (DF)

**AFFIRMATION OF SERVICE**

- against -

New York State Office Temporary
and Disability Assistance,
Division of Disability Determinations

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, _Sarah Báez_ , **declare under penalty of perjury** that I have
(name)

served a copy of the attached _Letter to Debra Freeman, Magistrate dated_
(document you are serving)  _7/18/08_

upon _William Briston AAG_ whose address is _120_
(name of person served)

_Broadway, N.Y. N.Y 10271_
(where you served document)

by _United States Mail_ .
(how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: _New York_ , _NY_ .
(town/city)    (state)

_July_ _18_ , 20_08_
(month)    (day)    (year)

Signature

Address _Church Street Station_

City, State _P.O. Box 3254_

Zip Code _NY. NY. 10008_

Telephone Number

Rev. 05/2007