USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SARAH BAEZ,

                Plaintiff,

         -against-

NEW YORK STATE OFFICE OF TEMPORARY
AND DISABILITY ASSISTANCE, DIVISION
OF DISABILITY DETERMINATIONS,

                Defendant.
------------------------------------------------------------------X

08 Civ. 0907 (SHS) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held an initial pretrial conference on August 14, 2008 with Plaintiff, proceeding *pro se*, and counsel for Defendant, it is hereby ORDERED, as stated on the record at that conference, that:

    1.    Plaintiff's time to serve and file her opposition papers to Defendant's motion to dismiss is extended to September 15, 2008. Defendant shall serve and file reply papers, if any, no later than September 30, 2008. All motion papers should be directed to the chambers of the Honorable Sidney H. Stein, United States District Judge.

    2.    Discovery in this action is stayed pending the outcome of Defendant's motion to dismiss, or further Order of this Court.

    3.    The parties shall appear for a follow-up conference before the Court on Thursday, October 23, 2008, at 10:00 a.m., at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, in Courtroom 17A.

    4.    If Plaintiff needs assistance in understanding any of the procedural rules of this

1

Court, or any aspect of this Order, Plaintiff is encouraged to contact the Court's *Pro Se* Office, 500 Pearl Street, Room 230, New York, New York 10007. The telephone number for the *Pro Se* Office is (212) 805-0175.

Dated: New York, New York
August 27, 2008

SO ORDERED

DEBRA FREEMAN
United States Magistrate Judge

Copies mailed to:

Ms. Sarah Baez
P.O. Box 3254
Church Street Station
New York, New York 10008

Jennifer L. Johnson, Esq.
Assistant Attorney General
120 Broadway
New York, New York 10271